

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 17, 2025

**<u>Via CM/ECF</u>**
The Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York

    RE:    *Martinez v. Ethan Allen Interiors, Inc.*
              Case No. 1:24-cv-02334-LDH-JAM

Dear Judge Marutollo:

    I represent the plaintiff in the above matter and write to respectfully request that the settlement conference scheduled for September 19, 2025 at 2:30 p.m. be adjourned to a later date. This request is made due to Plaintiff's counsel being out of the country on that date and unable to attend the conference in person until after October 5, 2025.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                                Respectfully Submitted,

                                               /s/ Rami Salim
                                               Rami Salim, Esq.
                                               *Attorney for Plaintiff*

cc:    All Counsel of Record via ECF