UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
SILVIA MARTINEZ, on behalf of herself and all others similarly situated,

                              Plaintiff,

  -v.-
ETHAN ALLEN INTERIORS, INC.,

                              Defendants.
-------------------------------------------------------------x

Civil Action No: 1:24-cv-2334

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 31, 2025

| **For Plaintiff Silvia Martinez** | **For Defendant Ethan Allen Interiors, Inc.** |
|---|---|
| *s/Rami Salim* <br> Rami Salim <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> rsalim@steinsakslegal.com | *s/David Stein* <br> David Stein <br> Stein & Nieporent LLP <br> 1441 Broadway Suite 6090 <br> New York, NY 10018 <br> Ph: (212) 308 - 3444 <br> Dstein@steinllp.com |

**CERTIFICATE OF SERVICE**

I certify that on October 31, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Rami Salim*
Rami Salim
**Stein Saks, PLLC**
*Attorneys for Plaintiff*
